

## IN THE
## TENTH COURT OF APPEALS

### No. 10-19-00308-CV

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION,**
                                                              **Appellant**
 **v.**

**M THREE B LLC, D/B/A KIDDIE ACADEMY OF BRYAN,**
                                                              **Appellee**

**From the 85th District Court**
**Brazos County, Texas**
**Trial Court No. 19-002266-CV-85**

## MEMORANDUM OPINION

Appellant Texas Health and Human Services Commission has filed an "Agreed Motion to Dismiss Its Interlocutory Appeal." *See* TEX. R. APP. P. 42.1(a)(1). The motion states that Appellant and Appellee M Three B LLC, d/b/a Kiddie Academy of Bryan, have entered into a settlement agreement that disposes of this matter and that Appellee agrees to the dismissal of this appeal. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is therefore granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Motion granted; appeal dismissed
Opinion delivered and filed November 27, 2019
[CV06]

